IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**KAREEM HASSAN MILHOUSE,** :
:
    **Plaintiff** : CIVIL NO. 1:CV-09-01953
:
    v. : **(Judge Rambo)**
:
**B.A. BLEDSOE,** *et al.***,** :
:
    **Defendants** :

## O R D E R

**AND NOW**, this 21st day of October, 2010, upon consideration of Plaintiff's motions to compel responses to all outstanding motions, or in alternative, to have the court rule upon them (Docs. 29, 64), and it appearing that Defendants have filed a motion to dismiss and for summary judgment (Doc. 32) and the court has either addressed all of Plaintiff's motions or is currently considering such motions, **IT IS HEREBY ORDERED THAT** the motions (Docs. 29, 64) are **DENIED**.

                                        s/Sylvia H. Rambo
                                        SYLVIA H. RAMBO
                                        United States District Judge