IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KAREEM HASSAN MILHOUSE,** : | |
| : | |
| **Plaintiff** : | **CIVIL NO. 1:CV-09-01953** |
| : | |
| v. : | **(Judge Rambo)** |
| : | |
| **B.A. BLEDSOE,** *et al.*, : | |
| : | |
| **Defendants** : | |

**O R D E R**

**AND NOW**, this 21st day of October, 2010, upon consideration of Plaintiff's motions to compel prison officials to release him from the Special Management Unit ("SMU") (Docs. 33, 68, 69), as well as a motion for a hearing on his request for a transfer out of the SMU (Doc. 67), and it being well-settled that the court will not generally interfere with prison administration matters such as the prison's decision to place an inmate in a particular security level, *see McKettrick v. Williamson*, Civ. No. 4:CV-06-0543, 2006 WL 1307929, at *4 (M.D. Pa. Mar. 22, 2006), and the fact that the court gives significant deference to judgments of prison officials regarding prison regulations and prison administration, *see Fraise v. Terhune*, 283 F.3d 506 (3d Cir. 2002), **IT IS HEREBY ORDERED THAT** the motions (Docs. 33, 67-69) are **DENIED**.

                                                    s/Sylvia H. Rambo
                                                    SYLVIA H. RAMBO
                                                    United States District Judge